| | |
|---|---|
| 1 | Tanya E. Moore, State Bar No. 206683<br>MOORE LAW FIRM, P.C. |
| 2 | 332 North Second Street<br>San Jose, California 95112 |
| 3 | Telephone: (408) 298-2000<br>Facsimile: (408) 298-6046 |
| 4 | E-mail: tanya@moorelawfirm.com |
| 5 | Attorney for Plaintiff<br>CECIL SHAW |
| 6 | |
| 7 | Cathy L. Arias, State Bar No. 141989<br>Brendan M. Brownfield, State Bar No. 266114 |
| 8 | BURNHAM BROWN<br>A Professional Law Corporation |
| 9 | P.O. Box 119<br>Oakland, California 94604<br>--- |
| 10 | 1901 Harrison Street, 14th Floor<br>Oakland, California 94612 |
| 11 | Telephone:    (510) 444-6800<br>Facsimile:     (510) 835-6666 |
| 12 | E-mail: carias@burnhambrown.com<br>         bbrownfield@burnhambrown.com |
| 13 | |
| 14 | Attorneys for Defendant<br>CON-LEE RESTAURANTS, INC. (Erroneously sued herein |
| 15 | as CON-LEE RESTAURANTS, INC., aka CON MAC RESTAURANTS, INC. dba MCDONALD'S |
| 16 | RESTAURANTS aka MCDONALD'S #620) |

IT IS SO ORDERED
Judge Edward J. Davila
7/29/2013

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 19 | CECIL SHAW, | No. 13-cv-02633 EJD |
| 20 | Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| 21 | v. | **(Local Rule 6-1)** |
| 22 | CON-LEE RESTAURANTS, INC., aka CON MAC RESTAURANTS, INC. dba | **Complaint Served: July 11, 2013**<br>**Current Response Date: August 1, 2013** |
| 23 | MCDONALD'S RESTAURANTS aka MCDONALD'S #620; HENRY S. NIGRO, | **New Response Date: August 15, 2013**<br>**Complaint Filed:  June 7, 2013** |
| 24 | Trustee of the NIGRO FAMILY TRUST DATED February 28, 2013; LUCINDA R. | |
| 25 | HENDERSON-NIGRO, Trustee of the NIGRO FAMILY TRUST DATED February | |
| 26 | 28, 2013; ANDREA M. TOM, Co-Trustee of the Andrea M. Tom Living Trust dated June | |
| 27 | 14, 2004; T. RAYMOND TOM, Co-Trustee of The Andrea M. Tom Living Trust dated | |
| 28 | June 14, 2004; ROSE TOM, Co-Trustee of The Andrea M. Tom Living Trust dated June | |

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT          No. 13-cv-02633 PSG

14, 2004; ALAN L. T. JOE, Trustee of the ALAN L. T. JOE and VIRGINIA KIT-YEE JOE REVOCABLE TRUST, dated October 4, 1994; VIRGINIA KIT-YEE JOE, Trustee of the ALAN L. T. JOE and VIRGINIA KIT-YEE JOE REVOCABLE TRUST; FRANCIS LEE and ANITA LEE, Husband and Wife as Community Property; FORREST J. CIOPPPA LIVING TRUST U/A dated March 31, 1987; YUNG FENG, Trustee of the FENG FAMILY TRUST dated August 3, 1984; RONY Y. FENG, Trustee of the FENG FAMILY TRUST dated August 3, 1984; TIMMY KIN CHUNG YUNG, Co-Trustee of the "YUNG FAMILY 1992 TRUST" dated August 4, 1992; ALICE AR-LAI YUNG in Trust, Co-Trustee of the "YUNG FAMILY 1992 TRUST" dated August 4, 1992,

          Defendants.

Plaintiff CECIL SHAW ("Plaintiff") and Defendant CON-LEE RESTAURANTS, INC. (Erroneously sued herein as CON-LEE RESTAURANTS, INC., aka CON MAC RESTAURANTS, INC. dba MCDONALD'S RESTAURANTS aka MCDONALD'S #620) ("Defendant"), through their counsel of record, HEREBY STIPULATE and agree that Defendant's time to answer or otherwise plead and respond to Plaintiff's complaint shall be extended to August 15, 2013.

Defendant's answer or responsive pleading is presently due on August 1, 2013, and the parties have agreed upon an extension to August 15, 2013. No hearings, conferences, or other deadlines have yet been set by the Court.

Good cause exists to extend Defendant's time to answer or otherwise respond to Plaintiff's complaint. The parties are in agreement that this extension is appropriate in order to afford Defendant the opportunity to investigate the allegations of the complaint and potentially permit the parties to commence early settlement negotiations. This stipulation represents the parties' first agreement to extend Defendant's response deadline.

///

Plaintiff's counsel has authorized the filing of this stipulation with her electronic signature.

DATED: July 26, 2013                    MOORE LAW FIRM, P.C.


                                        /s/ Tanya E. Moore
                                        TANYA E. MOORE
                                        Attorneys for Plaintiff
                                        CECIL SHAW



DATED: July 26, 2013                    BURNHAM BROWN


                                        /s/ Brendan M. Brownfield
                                        BRENDAN M. BROWNFIELD
                                        Attorneys for Defendant CON-LEE
                                        RESTAURANTS, INC. (Erroneously sued herein
                                        as CON-LEE RESTAURANTS, INC., aka CON
                                        MAC RESTAURANTS, INC. dba MCDONALD'S
                                        RESTAURANTS aka MCDONALD'S #620)

4823-3290-2165, v. 1