Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

IT IS SO ORDERED

Judge Edward J. Davila

9/4/2013

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>        Plaintiff,<br><br>      vs.<br><br>CON-LEE RESTAURANTS, INC., aka CON MAC RESTAURANTS, INC. dba MCDONALD'S RESTAURANTS aka MCDONALD'S #620, et al.,<br><br>       Defendants. | No.  5:13-cv-02633-EJD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS HENRY S. NIGRO, Trustee of the NIGRO FAMILY TRUST DATED February 28, 2013; LUCINDA R. HENDERSON-NIGRO, Trustee of the NIGRO FAMILY TRUST DATED February 28, 2013; ANDREA M. TOM, Co-Trustee of The Andrea M. Tom Living Trust dated June 14, 2004; T. RAYMOND TOM, Co-Trustee of The Andrea M. Tom Living Trust dated June 14, 2004; ROSE TOM, Co-Trustee of The Andrea M. Tom Living Trust dated June 14, 2004; ALAN L. T. JOE, Trustee of the ALAN L. T. JOE and VIRGINIA KIT-YEE JOE REVOCABLE TRUST, dated October 4, 1994; VIRGINIA KIT-YEE JOE, Trustee of the ALAN L. T. JOE and VIRGINIA KIT-YEE JOE REVOCABLE TRUST; FRANCIS LEE and ANITA LEE, Husband and Wife as Community Property; FORREST J. CIOPPA, Trustee of the FORREST J. CIOPPA LIVING TRUST U/A dated March 31, 1987; YUNG FENG, Trustee of the FENG FAMILY TRUST dated August 3, 1984; RONY Y. FENG, Trustee of the FENG FAMILY** |

1        )   **TRUST dated August 3, 1984; TIMMY KIN**

2        )   **CHUNG YUNG, Co-Trustee of the "YUNG**

           )   **FAMILY 1992 TRUST" dated August 4,**

3        )   **1992; AND ALICE AR-LAI YUNG in**

           )   **Trust, Co-Trustee of the "YUNG FAMILY**

4        )   **1992 TRUST" dated August 4, 1992 <u>ONLY</u>**

5        )   **<u>WITHOUT PREJUDICE</u>**

           )

6        )

7  ———————————————————)

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendant Con-Lee Restaurants, Inc. (erroneously sued as Con-Lee Restaurants, Inc., aka Con Mac Restaurants, Inc. dba McDonald's Restaurants aka McDonald's #620), the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **<u>only</u> Defendants Henry S. Nigro, Trustee of the Nigro Family Trust Dated February 28, 2013; Lucinda R. Henderson-Nigro, Trustee of the Nigro Family Trust Dated February 28, 2013; Andrea M. Tom, Co-Trustee of The Andrea M. Tom Living Trust dated June 14, 2004; T. Raymond Tom, Co-Trustee of The Andrea M. Tom Living Trust dated June 14, 2004; Rose Tom, Co-Trustee of The Andrea M. Tom Living Trust dated June 14, 2004; Alan L. T. Joe, Trustee of the Alan L. T. Joe and Virginia Kit-Yee Joe Revocable Trust, dated October 4, 1994; Virginia Kit-Yee Joe, Trustee of the Alan L. T. Joe and Virginia Kit-Yee Joe Revocable Trust; Francis Lee and Anita Lee, Husband and Wife as Community Property; Forrest J. Cioppa, Trustee of the Forrest J. Cioppa Living Trust U/A dated March 31, 1987; Yung Feng, Trustee of the Feng Family Trust dated August 3, 1984; Rony Y. Feng, Trustee of the Feng Family Trust dated August 3, 1984; Timmy Kin Chung Yung, Co-Trustee of the "Yung Family 1992 Trust" dated August 4, 1992; and Alice Ar-Lai Yung in Trust, Co-Trustee of the "Yung Family 1992 Trust" dated August 4, 1992** be dismissed from the above-captioned action **<u>without</u>** prejudice.

//

//

1    Date: September 3, 2013                    MOORE LAW FIRM, P.C.

2

3                                               /s/ Tanya E. Moore
                                                Tanya E. Moore
4                                               Attorneys for Plaintiff
                                                Cecil Shaw
5

6    Date: September 3, 2013                    BURNHAM BROWN

7

8                                               /s/ Brendan M. Brownfield
                                                Cathy L. Arias
9                                               Brendan M. Brownfield
                                                Attorneys for Defendant Con-Lee
10                                              Restaurants, Inc. (erroneously sued as Con-
                                                Lee Restaurants, Inc., aka Con Mac
11                                              Restaurants, Inc., dba McDonald's
                                                Restaurants aka McDonald's #620)
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL