Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

*IT IS SO ORDERED*
*Judge Edward J. Davila*
9/4/2013

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CON-LEE RESTAURANTS, INC., aka CON MAC RESTAURANTS, INC. dba MCDONALD'S RESTAURANTS aka MCDONALD'S #620, et al.,<br><br>　　　　Defendants. | No. 5:13-cv-02633-EJD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS HENRY S. NIGRO, Trustee of the NIGRO FAMILY TRUST DATED February 28, 2013; LUCINDA R. HENDERSON-NIGRO, Trustee of the NIGRO FAMILY TRUST DATED February 28, 2013; ANDREA M. TOM, Co-Trustee of The Andrea M. Tom Living Trust dated June 14, 2004; T. RAYMOND TOM, Co-Trustee of The Andrea M. Tom Living Trust dated June 14, 2004; ROSE TOM, Co-Trustee of The Andrea M. Tom Living Trust dated June 14, 2004; ALAN L. T. JOE, Trustee of the ALAN L. T. JOE and VIRGINIA KIT-YEE JOE REVOCABLE TRUST, dated October 4, 1994; VIRGINIA KIT-YEE JOE, Trustee of the ALAN L. T. JOE and VIRGINIA KIT-YEE JOE REVOCABLE TRUST; FRANCIS LEE and ANITA LEE, Husband and Wife as Community Property; FORREST J. CIOPPA, Trustee of the FORREST J. CIOPPA LIVING TRUST U/A dated March 31, 1987; YUNG FENG, Trustee of the FENG FAMILY TRUST dated August 3, 1984; RONY Y. FENG, Trustee of the FENG FAMILY** |

STIPULATION FOR DISMISSAL

Page 1

|   |   |
|---|---|
|   | ) TRUST dated August 3, 1984; TIMMY KIN<br>) CHUNG YUNG, Co-Trustee of the "YUNG<br>) FAMILY 1992 TRUST" dated August 4,<br>) 1992; AND ALICE AR-LAI YUNG in<br>) Trust, Co-Trustee of the "YUNG FAMILY<br>) 1992 TRUST" dated August 4, 1992 **ONLY**<br>) **WITHOUT PREJUDICE**<br>)<br>)<br>) |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendant Con-Lee Restaurants, Inc. (erroneously sued as Con-Lee Restaurants, Inc., aka Con Mac Restaurants, Inc. dba McDonald's Restaurants aka McDonald's #620), the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **only Defendants Henry S. Nigro, Trustee of the Nigro Family Trust Dated February 28, 2013; Lucinda R. Henderson-Nigro, Trustee of the Nigro Family Trust Dated February 28, 2013; Andrea M. Tom, Co-Trustee of The Andrea M. Tom Living Trust dated June 14, 2004; T. Raymond Tom, Co-Trustee of The Andrea M. Tom Living Trust dated June 14, 2004; Rose Tom, Co-Trustee of The Andrea M. Tom Living Trust dated June 14, 2004; Alan L. T. Joe, Trustee of the Alan L. T. Joe and Virginia Kit-Yee Joe Revocable Trust, dated October 4, 1994; Virginia Kit-Yee Joe, Trustee of the Alan L. T. Joe and Virginia Kit-Yee Joe Revocable Trust; Francis Lee and Anita Lee, Husband and Wife as Community Property; Forrest J. Cioppa, Trustee of the Forrest J. Cioppa Living Trust U/A dated March 31, 1987; Yung Feng, Trustee of the Feng Family Trust dated August 3, 1984; Rony Y. Feng, Trustee of the Feng Family Trust dated August 3, 1984; Timmy Kin Chung Yung, Co-Trustee of the "Yung Family 1992 Trust" dated August 4, 1992; and Alice Ar-Lai Yung in Trust, Co-Trustee of the "Yung Family 1992 Trust" dated August 4, 1992** be dismissed from the above-captioned action **without** prejudice.

//

//

| | | |
|---|---|---|
| 1 | Date: September 3, 2013 | MOORE LAW FIRM, P.C. |
| 2 | | |
| 3 | | */s/ Tanya E. Moore* |
| | | Tanya E. Moore |
| 4 | | Attorneys for Plaintiff |
| | | Cecil Shaw |
| 5 | | |
| 6 | Date: September 3, 2013 | BURNHAM BROWN |
| 7 | | |
| 8 | | */s/ Brendan M. Brownfield* |
| | | Cathy L. Arias |
| 9 | | Brendan M. Brownfield |
| | | Attorneys for Defendant Con-Lee |
| 10 | | Restaurants, Inc. (erroneously sued as Con-Lee Restaurants, Inc., aka Con Mac Restaurants, Inc., dba McDonald's Restaurants aka McDonald's #620) |

STIPULATION FOR DISMISSAL