1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

*IT IS SO ORDERED*
*Judge Edward J. Davila*
1/15/2014

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | ) No.  5:13-cv-02633-EJD |
|       Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION** |
|       vs. | ) |
| CON-LEE RESTAURANTS, INC., aka CON MAC RESTAURANTS, INC. dba MCDONALD'S RESTAURANTS aka MCDONALD'S #620, et al., | ) |
|       Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Con-Lee Restaurants, Inc. aka Con Mac Restaurants, Inc. dba McDonald's Restaurants aka McDonald's #620, and McDonald's Corporation, the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.   The Clerk shall close this file.

Date: January 15, 2014                              MOORE LAW FIRM, P.C.

                                                    */s/ Tanya E. Moore*
                                                    Tanya E. Moore
                                                    Attorneys for Plaintiff
                                                    Cecil Shaw

Date: January 15, 2014                              BURNHAM BROWN

                                                    */s/ Brendan M. Brownfield*
                                                    Brendan M. Brownfield
                                                    Attorneys for Defendant
                                                    Con-Lee Restaurants, Inc., aka Con Mac
                                                    Restaurants, Inc. dba McDonald's Restaurants aka
                                                    McDonald's #620

Date: January 15, 2014                              GIBSON, DUNN & CRUTCHER LLP

                                                    */s/ Christine A. Fujita*
                                                    Christine A. Fujita
                                                    Attorneys for Defendant
                                                    McDonald's Corporation